**Michael CONNOY, Plaintiff–Appellant**

v.

**U.S. BANK, N.A., Defendant–Appellee.**

**No. 12–1002.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 28, 2012.

Filed: Dec. 11, 2012.

Michael Fred Connoy, Bloomington, MN, pro se.

Steven H. Bruns, Jared Matthew Goerlitz, Peterson & Fram, St. Paul, MN, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael Connoy appeals the district court's [1] dismissal of his civil action challenging the foreclosure of his home. Upon careful do novo review of the issue raised on appeal, *see Butler v. Bank of America, N.A.*, 690 F.3d 959, 961 (8th Cir.2012), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.